UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 1:21-cv-23266-WILLIAMS/MCALILEY

ALEXIS LOPEZ,

    Plaintiff,

vs.

CANO HEALTH LLC.,

    Defendants.
_____/

## NOTICE OF CHANGE OF EMAIL ADDRESS

Toussaint M. Cummings, Esq., of the FairLaw Firm notifies the Court and all parties of his appearance in this action as counsel for Plaintiff, Alexis Lopez, in this action and requests that all pleadings, correspondence, and documents related to this matter be served on him at the below address / email address.

Dated this 27th day of September 2021.

                          s/Toussaint M. Cummings, Esq.
                          Toussaint M. Cummings, Esq. (119877)
                          toussaint@fairlawattorney.com
                          FAIRLAW FIRM
                          135 San Lorenzo Avenue
                          Suite 770
                          Coral Gables, FL 33146
                          Tel:    305.230.4884
                          *Counsel for Plaintiff(s)*